In the Matter of JOSEPH DELL'AQUILA, Appellant, against ALGER B. CHAPMAN, as Commissioner of Taxation and Finance, et al., Respondents.

Submitted February 27, 1951; decided April 5, 1951.

*Anthony J. Dell'Aquila* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Ruth Kessler Toch* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.